
Verbatim
DVD-R
Life Series
4.7
16x
120
United States v. Jamal Blair
15 Cr. 95 (AJN)
Jamal Blair Statement
10.22.09