*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 4, 2017

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States* v. *Jamal Blair*, S2 15 Cr. 95 (AJN)

Dear Judge Nathan:

    As directed by the Court, the Government conferred with Regional Counsel for the Bureau of Prisons concerning the Judgment for the defendant Jamal Blair. Counsel advises that the Judgment should contain the following instructions, in sum and substance:

- The Court intends to impose a 150 month sentence, which the Court is adjusting for the 96 months already served on relevant conduct pursuant to Section 5G1.3(b) of the United States Sentencing Guidelines
- The Court therefore imposes a sentence of 54 months to run concurrently with the defendant's undischarged term of imprisonment pursuant to Section 5G1.3.

    Respectfully submitted,

    JOON H. KIM
    Acting United States Attorney

By: ___/s/_____
    Rachel Maimin
    Hagan Scotten
    Jessica Feinstein
    Drew Johnson-Skinner
    Assistant United States Attorneys
    (212) 637-2460

cc: Russell Neufeld, Esq.