**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 4, 2017

> At the sentencing conference on May 3, 2017, the Court calculated that Mr. Blair had served "approximately 91 months" on relevant conduct. See Tr. at 28; see also id. at 17. In this letter, the Government notes that the Court should, in the Judgment, adjust the sentence for the "96 months already served on relevant conduct." The Court hereby ORDERS the parties to submit a joint letter, on or before May 12, 2017, providing their understanding of how many months Mr. Blair has in fact served on relevant conduct, and explaining that calculation. SO ORDERED.

BY ECF

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Jamal Blair*, S2 15 Cr. 95 (AJN)

Dear Judge Nathan:

As directed by the Court, the Government conferred with Regional Counsel for the Bureau of Prisons concerning the Judgment for the defendant Jamal Blair. Counsel advises that the Judgment should contain the following instructions, in sum and substance:

- The Court intends to impose a 150 month sentence, which the Court is adjusting for the 96 months already served on relevant conduct pursuant to Section 5G1.3(b) of the United States Sentencing Guidelines
- The Court therefore imposes a sentence of 54 months to run concurrently with the defendant's undischarged term of imprisonment pursuant to Section 5G1.3.

Respectfully submitted,

JOON H. KIM
Acting United States Attorney

By:  /s/
Rachel Maimin
Hagan Scotten
Jessica Feinstein
Drew Johnson-Skinner
Assistant United States Attorneys
(212) 637-2460

SO ORDERED.

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

cc: Russell Neufeld, Esq.